IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VINCENT R. CAMPBELL : CIVIL ACTION
    Plaintiff, :
     :
     :
v. : NO. 09-5356
     :
MICHAEL J. ASTRUE, :
Commissioner of the :
Social Security Administration, :
    Defendant. :

**FILED**

NOV 2 9 2010

**MICHAEL E. KUNZ, Clerk**
**By** _____ Dep. Clerk

## ORDER

AND NOW, this 29th day of November , 2010, upon independent review of

Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 5), Defendant's

Response to Request for Review of Plaintiff (Doc. No. 6), Plaintiff's Reply (Doc. No. 7), Plaintiff's

Sentence Six Motion to Remand (Doc. No. 9), Defendant's Response thereto (Doc. No. 10),

Plaintiff's Reply Brief (Doc. No. 11), and the administrative record, and after careful consideration

of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is

hereby **ORDERED** that:
*there being no objections thereto,*

1.    The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.    The final decision of the Commissioner denying disability benefits to Plaintiff is

**VACATED**; and

3.    The matter is **REMANDED** to the Commissioner pursuant to Sentence Four of 42

U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report.

BY THE COURT:

NORMA L. SHAPIRO,     J.